UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,　　　　　　　　**CONSENT TO PROCEED BY**
　　　　　　　　　　　　　　　　　　　　　　　**VIDEO OR TELE CONFERENCE**
　　　　　-against-
　　　　　　　　　　　　　　　　　　　　　　　21-CR-00747

ANTONIO REYES,

　　　　　Defendant(s).
------------------------------------------------------------------X

Defendant Antonio Reyes hereby voluntarily consents to participate in the following proceeding via ☐ videoconferencing or ☒ teleconferencing:

☐　Initial Appearance Before a Judicial Officer

☐　Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐　Guilty Plea/Change of Plea Hearing

☒　Bail/Revocation/Detention Hearing

☐　Status and/or Scheduling Conference

☐　Misdemeanor Plea/Trial/Sentence


/s/ *Antonio Reyes*　　　　　　　　　　　　　　/s/ *Deveraux L. Cannick*
Defendant's Signature　　　　　　　　　　　　　Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

　Antonio Reyes　　　　　　　　　　　　　　　　Deveraux L. Cannick
ANTONIO REYES　　　　　　　　　　　　　　　DEVERAUX L. CANNICK


This proceeding was conducted by reliable video or telephone conferencing technology.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Stuart J. Aaron
1/31/2022
Date　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge