UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                :

UNITED STATES OF AMERICA        :

                                                :          **[Proposed] Order**

  - v. -                                        :

                                                :          21 Cr. 747 (JMF)

ANTONIO REYES,                        :

                                                :

                Defendant.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JESSE M. FURMAN, United States District Judge:

       Upon the application of the United States of America, by and through Damian Williams, United States Attorney for the Southern District of New York, Mitzi S. Steiner, Assistant United States Attorney, of counsel, and with the consent of defendant Antonio Reyes, by and through his attorney, Deveraux Cannick, Esq., it is hereby ORDERED that the time from March 2, 2022, through September 12, 2022, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter.

       SO ORDERED.

Dated:  Feb. 28, 2022
        New York, New York

The Clerk of Court is directed to terminate Doc. #26.

                                             _____
                                             HON. JESSE M. FURMAN
                                             United States District Judge