UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                              :

UNITED STATES OF AMERICA                           :

               -v-                                :               21-CR-747 (JMF)
                                              :

ANTONIO REYES,                                  :                    ORDER

                                      :

                          Defendant.           :

                                              :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court has received a letter from the Defendant, dated **May 18, 2022**, seeking new counsel.  The letter, a copy of which has been sent to defense counsel, will be maintained under seal.  The parties are hereby ORDERED to appear for a conference to discuss the contents of the Defendant's letter on **June 8, 2022,** at **11:30 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.

       SO ORDERED.

Dated: May 31, 2022
       New York, New York                                   JESSE M. FURMAN
                                               United States District Judge