

**Robert J. Aiello**
**Deveraux L. Cannick**
_____
Email: info@aiellocannick.com
Jennifer Arditi

**Of Counsel**
    John S. Esposito
    Anthony J. Rattoballi

*69-06 Grand Avenue*
*Maspeth, New York 11378*
*(718) 426-0444, Fax (718) 803-9764*

June 2, 2022

**VIA ECF**
Honorable Judge Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, New York  10007

> The conference is hereby ADJOURNED to June 10, 2022, at 9:30 a.m. and will be held REMOTELY.  The Court will enter a separate Order with information about accessing the conference.  The Court notes that its staff emailed Mr. Reyes's letter to counsel at the email on ECF on Tuesday, May 31, 2022.  The Clerk of Court is directed to terminate ECF No. 30.
>
> SO ORDERED.
>
> *[signature]*
>
> June 3, 2022

      Re:    United States v. Antonio Reyes
             Case No.:  21-CR-00747

Dear Judge Furman:

    We write in response to Docket entry # 29.  I am scheduled to commence trial (People v. Dawson and Johnson) in Bronx County this week.  Inasmuch as the Court directed the parties not to get involved with any other matter that would interfere with tomorrow's starting date, I expect that the matter will be sent out to trial this week.

    The prosecutor has informed the Court that he expects his case to take 4-6 weeks.  Given the foregoing, we respectfully request that the June 8th, 2022 appearance be conducted remotely.  Please know that AUSA Steiner has consented to our request.

    Please know that we have yet to receive the letter from Mr. Reyes.

    Thank you in advance for your consideration.

                                                          Very truly yours,

                                                          */s/ Deveraux L. Cannick*
                                                          Deveraux L. Cannick

cc: AUSA Mitzi Steiner, via email