UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
 :
UNITED STATES OF AMERICA :
 :
    -v- : 21-CR-747 (JMF)
 :
ANTONIO REYES, : <u>SCHEDULING ORDER</u>
 :
                  Defendant. :
 :
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    It is hereby ORDERED that sentencing in this matter, previously scheduled (by Judge Rakoff, who took the plea) for **November 30, 2022**, is RESCHEDULED to **December 6, 2022, at 2:30 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.

    The parties should consult the Court's Individual Rules and Practices for Criminal Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman) for sentencing-related procedures and practices. Consistent with the Court's Rules, the defendant's sentencing submission shall be served two weeks in advance of the date set for sentencing. The Government's sentencing submission shall be served one week in advance of the date set for sentencing. If a party does not intend to file a substantive sentencing submission, the party should file a letter to that effect.

    The parties should address in their sentencing submissions, and be prepared to address at sentencing, the pending violations of supervised release in 16-CR-272-2.

    SO ORDERED.

Dated: August 29, 2022
       New York, New York
                                                  _____
                                                  JESSE M. FURMAN
                                                  United States District Judge