# LEONARDO M. ALDRIDGE
Attorney-At-Law
20 Vesey St., Suite 400
New York, N.Y. 10007

November 19, 2022

*Application GRANTED. Sentencing is hereby ADJOURNED to December 13, 2022, at 10:00 a.m.. The parties should address in their sentencing submissions, and be prepared to address at sentencing, the pending violations of supervised release in 16-CR-272-2. The Clerk of Court is directed to terminate Doc. 42. SO ORDERED.*

*November 21, 2022*

**BY ECF**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re: U.S. v. Antonio Reyes, 21-cr-747 (JMF)

Your Honor:

    I write to respectfully request a short continuance to Mr. Antonio Reyes's sentencing hearing. As per paragraph 3(D) of Your Honor's Individual Rules and Practices in Criminal Cases, Mr. Reyes provides the following information: he is currently scheduled to be sentenced on Tuesday, December 6; there have been no prior requests for adjournments; the reason for the requested continuance is a calendar conflict for undersigned counsel on December 6; the government does not object to a short adjournment for the sentencing hearing; and, lastly, undersigned counsel respectfully suggests, if the Court' and the government's calendar can so accommodate, any date during the week of December 12 for Mr. Reyes's sentencing.

    Additionally, and in accordance with Your Honor's Individual Rules and Practices in Criminal Cases, the defense will file its sentencing memorandum two weeks prior to the new sentencing date imposed by the Court if the Court indeed grants this request for a short continuance to Mr. Reyes's sentencing hearing.

                                               Respectfully,
                                               ***S/Leonardo M. Aldridge***

Cc. AUSAs Mitzi Steiner and Lindsey Keenan

1